UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>SELLEN CONSTRUCTION COMPANY, INC.,<br><br>              Defendant. | C20-453 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 6, the deadline for defendant to file a responsive pleading or motion is EXTENDED to May 1, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of April, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1