UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEADFAST INSURANCE COMPANY,

              Plaintiff,

v.

SELLEN CONSTRUCTION COMPANY INC,

              Defendant.

C20-453 TSZ

ORDER

The mediator, Stew Cogan, having advised the Court that this matter has been resolved, *see* Notice (docket no. 16), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 28th day of October, 2020.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1